**TERENCE J. CASSIDY, SBN 099180**
**KRISTINA M. HALL, SBN 196794**
Porter, Scott, Weinberg & Delehant
A Professional Corporation
350 University Avenue, Suite 200
Post Office Box 255428 (95865)
Sacramento, California 95825
(916) 929-1481

**GARY M. SIRBU, SBN 39402**
Law Offices of Gary Sirbu
1999 Harrison Street, Suite 1650
Oakland, CA 94612
(510) 336-3373

ATTORNEYS FOR: Petitioner RICHARD GALVAN MONTIEL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GALVAN MONTIEL, | No. CV-F-96-5412-OWW-P |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | **ORDER GRANTING EX PARTE APPLICATION AND STIPULATION FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO SUPPLEMENTAL BRIEFING** |
| JEANNE S. WOODFORD, Acting Warden of San Quentin State Prison, | |
| Respondent. | |

GOOD CAUSE APPEARING therefore, Petitioner is granted an extension of time up to and including May 20, 2005, within which to submit his Reply to Respondent's Opposition to the Supplemental Briefing regarding AEDPA. No further extensions will be permitted.

Dated: May 13, 2005                    /s/ OLIVER W. WANGER

                                       JUDGE OF THE DISTRICT COURT

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

1
EX PARTE APPLICATION
00364211.WPD