FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 20 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RICHARD GALVAN MONTIEL,<br><br>        Petitioner - Appellant,<br><br>v.<br><br>KEVIN CHAPPELL, Warden, San Quentin State Prison,<br><br>        Respondent - Appellee. | No. 15-99000<br><br>D.C. No. 1:96-cv-05412-LJO-SAB<br>Eastern District of California, Fresno<br><br>ORDER |

Before:  Peter L. Shaw, Appellate Commissioner.

      Appellant's motion for a further extension of time to file the opening brief is granted.  The opening brief is due May 25, 2016. The answering brief is due July 25, 2016.  The optional reply brief is due within 21 days after service of the answering brief.

promo/cb/4.18.16

Case: 15-99000, 04/20/2016, ID: 9946513, DktEntry: 22, Page 2 of 2
Case 1:96-cv-05412-LJO-SAB   Document 246   Filed 04/20/16   Page 2 of 2